# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### GREENVILLE DIVISION

**CHARLIE TAYLOR**                                                                              **PLAINTIFF**

**v.**                                                **No. 4:04CV339-P-A**

**SONJA STANCIEL, ET AL.**                                          **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the memorandum opinion entered today in this cause, the court finds that Charlie Taylor shall face the following sanction for filing numerous meritless cases in this court:

1. If Taylor wishes to file a case in this court, he must submit a proposed complaint – and a copy of this final judgment and its accompanying memorandum opinion – directly to the Chief Judge of this court for screening.

2. If the Chief Judge determines that the complaint states a claim, then he shall forward it to the Clerk of the Court for docketing and filing in due course.

3. If, however, the Chief Judge determines that the complaint does not state a claim, then the complaint shall be set aside and neither acknowledged nor addressed.

THIS, the 19th day of April, 2005.

                                                                            /s/ W. Allen Pepper, Jr.
                                                                            W. ALLEN PEPPER, JR.
                                                                            UNITED STATES DISTRICT JUDGE