# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

CHARLIE TAYLOR                                                                                          PLAINTIFF

v.                                                                                                  No. 4:04CV339-P-A

SONJA STANCIEL, ET AL.                                                                           DEFENDANTS

## ORDER

This matter comes before the court on three motions of the plaintiff Charlie Taylor:

1.  Docket entry 14 - Motion for Order to Show Cause (filed March 28, 2005), which the court interprets as a motion for reconsideration under FED. R. CIV. P. 60 of its March 17, 2005, final judgment dismissing the instant case as frivolous,

2.  Docket entry 15 - Motion for Order to Show Cause (filed March 30, 2005), which the court also interprets as a motion for reconsideration under FED. R. CIV. P. 60 of its March 17, 2005, final judgment dismissing the instant case as frivolous, and

3.  Docket entry 16 - Motion for Order to Show Cause (filed March 20, 2005), which the court interprets as a motion to amend the plaintiff's complaint to include additional (and apparently unexhausted) claims of denial of access to the courts.

The court shall dismiss each of these motions. An order granting relief under Rule 60 must be based upon: (1) clerical mistakes, (2) mistake, inadvertence, surprise, or excusable neglect, (3) newly discovered evidence, (4) fraud or other misconduct of an adverse party, (5) a void judgment, or (6) any other reason justifying relief from the operation of the order. The court finds the plaintiff has neither asserted nor proven any of the specific justifications for relief from an order permitted under Rule 60; the court finds further that the plaintiff has not presented "any other reason justifying relief from the operation" of the judgment. As such, the plaintiff's

requests for reconsideration set forth in docket entries fourteen and fifteen are **DENIED**.  As the instant case has been dismissed as frivolous, the plaintiff's motion to amend his complaint set forth in docket entry sixteen is **DISMISSED** as moot.

    **SO ORDERED,** this the 13th day of June, 2005.

                                        /s/ W. Allen Pepper, Jr.
                                        W. ALLEN PEPPER, JR.
                                        UNITED STATES DISTRICT JUDGE